DocuSign Envelope ID: 68D5E80E-125C-4257-A393-4A904EDB431B

Richard D. McCune (SBN 132124)
rdm@mccunewright.com
David C. Wright (SBN 177468)
dcw@mccunewright.com
Steven A. Haskins (SBN 238865)
sah@mccunewright.com
Mark I. Richards (SBN 321252)
mir@mccunewright.com
**MCCUNE WRIGHT AREVALO, LLP**
3281 Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Counsel for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ZACHERY WILLIAMS, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC. and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. <br><br> **CONSUMER LEGAL REMEDIES ACT VENUE AFFIDAVIT OF PLAINTIFF** |

I, Zachery Williams, hereby declare and state as follows:

1. I am over the age of 18 and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge and information that I have gathered and is available to me, and if called upon to do so, I would testify to the matters stated herein.

2. I make this affidavit as required by California Civil Code § 1780(d).

//

//

//

//

1

CLRA Venue Affidavit of Plaintiff Zachery Williams
Case No.:

3. The complaint in this action is filed in the proper place for trial of this action because defendant Tesla, Inc., does business within the Northern District of California, and because substantial portion of the events, acts and omissions that are subject to my claims in this matter occurred within the Northern District of California, in Alameda County.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on the 20th day of November, 2020

DocuSigned by:

_____
Zachery Williams

2

CLRA Venue Affidavit of Plaintiff Zachery Williams
Case No.: