1  Michael L. Mallow (SBN 188745)
   mmallow@shb.com
2  Rachel A. Straus (SBN 268836)
   rstraus@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   2049 Century Park East, Suite 3000
4  Los Angeles, CA 90067-3204
   Tel: (424) 285-8330 | Fax:  (424) 204-9093
5
   Amir Nassihi (SBN 235936)
6  anassihi@shb.com
   Nalani Crisologo (SBN 313402)
7  ncrisologo@shb.com
   SHOOK, HARDY & BACON L.L.P.
8  One Montgomery, Suite 2600
   San Francisco, CA 94104
9  Tel: (415) 544-1900 | Fax: (415) 391-0281

10 Attorneys for Defendant
   TESLA INC.
11
   [additional counsel listed in signature block]
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                    SAN FRANCISCO DIVISION
15

| 16 | ZACHERY WILLIAMS and MICHAEL MA, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-08208-HSG |
|---|---|---|
| 17 | | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | TESLA, INC. and DOES 1 through 10, inclusive, | |
| 21 | | |
| 22 | Defendants. | |

Pursuant to Civil Local Rule 6-1(a) of the Northern District of California, the Parties in the above-entitled action hereby stipulate that Defendant Tesla, Inc.'s deadline to respond to Plaintiffs' Complaint is continued from February 1, 2021 to March 3, 2021.

IT IS SO STIPULATED.

Dated:  January 18, 2021

Respectfully submitted
McCUNE WRIGHT AREVALO, LLP

By:     */s/ David C. Wright*
        Mark I. Richards
        Steven A. Haskins
        David C. Wright

Attorneys for Plaintiffs
ZACHERY WILLIAMS and MICHAEL MA

Dated:  January 18, 2021

SHOOK HARDY & BACON L.L.P.

By:     */s/ Amir Nassihi*
        Amir Nassihi
        Michael L. Mallow
        Rachel A. Straus
        Nalani Crisologo

Attorneys for Defendant
TESLA, INC.

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By:     */s/ Amir Nassihi*
        Amir Nassihi