1  Michael L. Mallow (SBN 188745)
   mmallow@shb.com
2  Rachel A. Straus (SBN 268836)
   rstraus@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   2049 Century Park East, Suite 3000
4  Los Angeles, CA 90067-3204
   Tel: (424) 285-8330 | Fax:  (424) 204-9093
5
   Amir Nassihi (SBN 235936)
6  anassihi@shb.com
   Nalani Crisologo (SBN 313402)
7  ncrisologo@shb.com
   SHOOK, HARDY & BACON L.L.P.
8  One Montgomery, Suite 2600
   San Francisco, CA 94104
9  Tel: (415) 544-1900 | Fax: (415) 391-0281

10 Attorneys for Defendant
   TESLA INC.
11
   [additional counsel listed in signature block]
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 | ZACHERY WILLIAMS and MICHAEL MA, | Case No. 4:20-cv-08208-HSG
   | on behalf of themselves and all others similarly |
17 | situated,                         | **STIPULATION AND ORDER FOR**
   |                                   | **EXTENSION OF TIME TO RESPOND TO**
18 |            Plaintiffs,            | **COMPLAINT AND CONTINUANCE OF**
   |                                   | **CASE MANAGEMENT CONFERENCE**
19 |      v.                           |
20 | TESLA, INC. and DOES 1 through 10,|
   | inclusive,                        |
21 |                                   |
22 |            Defendants.            |

23
24
25
26
27
28

IT IS HEREBY STIPULATED by and between Plaintiffs Zachery Williams and Michael Ma ("Plaintiffs") and Defendant Tesla Inc. ("Tesla") (collectively, the "Parties"), by and through their respective counsel of record, that:

WHEREAS, on November 20, 2020, Plaintiffs filed their complaint (Dkt. 1);

WHEREAS, on November 25, 2020, Plaintiffs filed their Amended Complaint (Dkt. 7);

WHEREAS, per the parties' January 18, 2021 stipulation, the current deadline for Tesla to respond to the complaint is March 3, 2021 (Dkt 20);

WHEREAS, per the clerk's December 10, 2020 notice, the Case Management Conference in this case is set for March 16, 2021;

WHEREAS, the parties have engaged in substantive and productive discussions about Plaintiffs' claims and continue to engage in those discussions;

WHEREAS, the parties believe it would conserve judicial and party resources and promote efficiency if the parties had additional time to continue their discussions before Tesla files its response to the Amended Complaint and the parties appear for the Case Management Conference;

WHEREAS, the Parties stipulate and agree, subject to Court approval, that Tesla's deadline to respond to the Amended Complaint is continued from March 3, 2021 to March 31, 2021;

WHEREAS, the Parties further stipulate and agree, subject to Court approval, that if Tesla files a pleading challenge, rather than answering the Amended Complaint, the deadline for Plaintiffs to file an opposition to Tesla's motion is April 28, 2021 and Tesla's deadline to file its reply in support of its motion is May 19, 2021;

THEREFORE, the Parties respectfully request, subject to Court approval, that:

(1) Tesla's current deadline of March 3, 2021 to respond to the Amended Complaint be continued to March 31, 2021;

(2) If Tesla files a pleading challenge, the deadline for Plaintiffs' opposition is April 28, 2021 and the deadline for Tesla's reply in support of its motion is May 19, 2021;

(3) The Case Management Conference currently scheduled for March 16, 2021 be continued until April 6 or any time there after that the Court is available.

IT IS SO STIPULATED.

Dated: February 24, 2021

Respectfully submitted
McCUNE WRIGHT AREVALO, LLP

By: */s/ David C. Wright*
    Mark I. Richards
    Steven A. Haskins
    David C. Wright

Attorneys for Plaintiffs
ZACHERY WILLIAMS and MICHAEL MA

Dated: February 24, 2021

SHOOK HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
    Amir Nassihi
    Michael L. Mallow
    Rachel A. Straus
    Nalani Crisologo

Attorneys for Defendant
TESLA, INC.

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: */s/ Amir Nassihi*
    Amir Nassihi

**ORDER**

Having considered the parties' stipulation, and good cause showing, the Court hereby orders the following:

(1) Tesla's response to the Amended Complaint is due on March 31, 2021;

(2) If Tesla files a pleading challenge, the deadline for Plaintiffs' opposition is April 28, 2021 and the deadline for Tesla's reply in support of its motion is May 19, 2021;

(3) The Case Management Conference currently scheduled for March 16, 2021 is continued to April 6, 2021.

IT IS SO ORDERED.

Dated: 2/25/2021

HONORABLE HAYWOOD S. GILLIAM JR.
U.S. DISTRICT COURT JUDGE