1  | Michael L. Mallow (SBN 188745)
2  | mmallow@shb.com
   | Rachel A. Straus (SBN 268836)
3  | rstraus@shb.com
   | SHOOK, HARDY & BACON L.L.P.
4  | 2049 Century Park East, Suite 3000
   | Los Angeles, CA 90067-3204
5  | Tel: (424) 285-8330 | Fax: (424) 204-9093

6  | Amir Nassihi (SBN 235936)
   | anassihi@shb.com
7  | Nalani Crisologo (SBN 313402)
   | ncrisologo@shb.com
8  | SHOOK, HARDY & BACON L.L.P.
   | 555 Mission Street, Suite 2300
9  | San Francisco, CA 94105
   | Tel: (415) 544-1900 | Fax: (415) 391-0281

10 | Attorneys for Defendant
11 | TESLA INC.

12 | [additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ZACHERY WILLIAMS and MICHAEL MA, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-08208-HSG |
|---|---|
| Plaintiffs, | **REVISED STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND CONTINUE TO STAY PLAINTIFF ZACHARY WILLIAMS' CLAIMS** (as modified) |
| v. | |
| TESLA, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

4816-3229-3616 v1

Stipulation
Case No.: 4:20-cv-08208-HSG

1   IT IS HEREBY STIPULATED by and between Plaintiffs Zachery Williams and Michael Ma ("Plaintiffs") and Defendant Tesla Inc. ("Tesla") (collectively, the "Parties"), by and through their respective counsel of record, that:

WHEREAS, on November 20, 2020, Plaintiffs filed their complaint (Dkt. 1);

WHEREAS, on November 25, 2020, Plaintiffs filed their Amended Complaint (Dkt. 7);

WHEREAS, per the parties' stipulation, the Court continued the Case Management Conference, originally set for April 6, 2021, to July 6, 2021 to allow for the Court's decision on Tesla's motion to dismiss Ma's claims (Dkt. 34);

WHEREAS, on June 21, 2021, the Court granted Tesla's motion to dismiss Ma's claims with leave to amend several of the claims within 28 days of the date of the order (Dkt. 44);

WHEREAS, Plaintiffs' deadline to file the Second Amended Complaint ("SAC") is July 19, 2021;

WHEREA24S, the parties met and conferred and agree that it would promote judicial efficiency if the Court continues the Case Management Conference currently scheduled for July 6, 2021 to August 24, 2021 to allow Plaintiffs to file their SAC and to allow Tesla to evaluate the SAC;

WHEREAS, per the parties' stipulation, the Court stayed Plaintiff Williams' claims until after the Court issued its order on Tesla's motion to dismiss Plaintiff Ma's claims (Dkt No. 34);

WHEREAS, the parties stipulate and agree that it would conserve judicial and party resources and promote efficiency if the Court continue to stay Plaintiff Williams' claims until the Case Management Conference;

THEREFORE, the Parties respectfully request the Court to order that:

(1) The Case Management Conference is continued to August 24, 2021 and

(2) Plaintiff Williams' claims are stayed until the Case Management Conference.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: July 2, 2021 | | Respectfully submitted,<br>McCUNE WRIGHT AREVALO, LLP |
| | | By: */s/ David C. Wright*<br>   Mark I. Richards<br>   Steven A. Haskins<br>   David C. Wright |
| | | Attorneys for Plaintiffs<br>ZACHERY WILLIAMS and MICHAEL MA |
| Dated: July 2, 2021 | | SHOOK HARDY & BACON L.L.P. |
| | | By: */s/ Michael L. Mallow*<br>   Amir Nassihi<br>   Michael L. Mallow<br>   Rachel A. Straus<br>   Nalani Crisologo |
| | | Attorneys for Defendant<br>TESLA, INC. |

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

> By:   */s/ Michael L. Mallow*
>        Michael L. Mallow

**ORDER**

Having considered the parties' stipulation, and good cause showing, the Court hereby orders the following:

IT IS SO ORDERED.

(3) The Case Management Conference is continued to August 24, 2021 at 2:00 p.m. and

(4) Plaintiff Williams' claims are stayed until the Case Management Conference.

Dated: 7/6/2021

HONORABLE HAYWOOD S. GILLIAM JR.
U.S. DISTRICT COURT JUDGE