Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067-3204
Tel: (424) 285-8330 | Fax: (424) 204-9093

Amir Nassihi (SBN 235936)
anassihi@shb.com
Nalani Crisologo (SBN 313402)
ncrisologo@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
TESLA INC.

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACHERY WILLIAMS, MICHAEL MA, and JOHN DITEMAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 4:20-cv-08208-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

1   IT IS HEREBY STIPULATED by and between Plaintiffs Zachery Williams, Michael Ma
2   and John Diteman ("Plaintiffs") and Defendant Tesla Inc. ("Tesla") (collectively, the "Parties"), by
3   and through their respective counsel of record, that:
4   WHEREAS, on November 20, 2020, Plaintiffs filed their complaint (Dkt. 1);
5   WHEREAS, on November 25, 2020, Plaintiffs filed their Amended Complaint (Dkt. 7);
6   WHEREAS, on June 21, 2021, the Court granted Tesla's motion to dismiss Ma's claims with
7   leave to amend several of the claims within 28 days of the date of the order (Dkt. 44);
8   WHEREAS, Plaintiffs' filed their Second Amended Complaint ("SAC") on July 19, 2021
9   adding Plaintiff John Diteman (Dkt. 49);
10  WHEREAS, Tesla's deadline to respond to the SAC is August 2, 2021;
11  WHEREAS, since Plaintiffs filed the SAC, the parties have been meeting and conferring
12  about Mr. Diteman's claims;
13  WHEREAS, the parties agree that it would promote judicial efficiency if the parties have an
14  additional two weeks to continue to discuss Mr. Diteman's claims before Tesla's deadline to respond
15  to the SAC;
16  THEREFORE, the Parties respectfully request that the Court order that Tesla's deadline to
17  respond to the SAC be continued to August 16, 2021.
18
    IT IS SO STIPULATED.

Dated: June 30, 2021

Respectfully submitted
McCUNE WRIGHT AREVALO, LLP

By: /s/ David C. Wright
Mark I. Richards
Steven A. Haskins
David C. Wright

Attorneys for Plaintiffs
ZACHERY WILLIAMS and MICHAEL MA

Dated: June 30, 2021

SHOOK HARDY & BACON L.L.P.

By: /s/ Michael L. Mallow
Amir Nassihi
Michael L. Mallow
Rachel A. Straus
Nalani Crisologo

Attorneys for Defendant
TESLA, INC.

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: /s/ Michael L. Mallow
Michael L. Mallow

**ORDER**

Having considered the parties' stipulation, and good cause showing, the Court hereby orders the following:

IT IS SO ORDERED that Tesla's deadline to respond to Plaintiffs' Second Amended Complaint be continued to August 16, 2021.

Dated: 8/3/2021

_____
HONORABLE HAYWOOD S. GILLIAM JR.
U.S. DISTRICT COURT JUDGE