Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067-3204
Tel: (424) 285-8330 | Fax: (424) 204-9093

Amir Nassihi (SBN 235936)
anassihi@shb.com
Nalani Crisologo (SBN 313402)
ncrisologo@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
TESLA INC.

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACHERY WILLIAMS, MICHAEL MA, and JOHN DITEMAN, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 4:20-cv-08208-HSG<br><br>**STIPULATION AND ORDER TO STAY PLAINTIFF ZACHERY WILLIAMS' AND JOHN DITEMAN'S CLAIMS** |

IT IS HEREBY STIPULATED by and between Plaintiffs Zachery Williams, Michael Ma, and John Diteman ("Plaintiffs") and Defendant Tesla Inc. ("Tesla") (collectively, the "Parties"), by and through their respective counsel of record, that:

WHEREAS, on November 20, 2020, Plaintiffs filed their complaint (Dkt. 1);

WHEREAS, on November 25, 2020, Plaintiffs filed their Amended Complaint (Dkt. 7);

WHEREAS, on June 21, 2021, the Court granted Tesla's motion to dismiss Ma's claims with leave to amend several of the claims within 28 days of the date of the order (Dkt. 44);

WHEREAS, on July 19, 2021, Plaintiffs filed their Second Amended Complaint ("SAC"), adding Plaintiff John Diteman (Dkt. 49);

WHEREAS, on March 28, 2022, the Court granted Tesla's motion to dismiss Ma's claims with leave to amend within 21 days of the date of the order (Dkt. 64);

WHEREAS, on April 18, 2022, Plaintiffs filed their Third Amended Complaint ("TAC");

WHEREAS, as the parties have discussed on several occasions, Tesla intends on filing a motion to dismiss Plaintiff Ma's claims as alleged in the TAC on May 2, 2022 ("Forthcoming Ma Motion to Dismiss") and a motion to compel Plaintiffs Williams' and Diteman's claims to arbitration;

WHEREAS, after meeting and conferring, the parties stipulate and agree that it would conserve judicial and party resources and promote efficiency if the Court stays Plaintiffs Williams' and Diteman's claims until after it issues its order on the Forthcoming Ma Motion to Dismiss. The parties agree that the Court's ruling on the Forthcoming Ma Motion to Dismiss may impact whether Tesla's motion to compel Plaintiffs Williams' and Diteman's claims to arbitration needs to be presented to the Court;

WHEREAS, the parties further stipulate and agree, that after disposition of Tesla's Forthcoming Ma Motion to Dismiss, the parties will meet and confer about whether Tesla's motion to compel Plaintiffs' Williams' and Diteman's claims to arbitration needs to be presented to the Court;

WHEREAS, if Tesla files its motion to compel arbitration and that motion is denied, Tesla agrees it will not file a motion to dismiss Williams' or Diteman's claims. If Tesla believes there is a

basis to challenge Williams' or Diteman's pleadings that were not addressed by the Court's ruling on the Forthcoming Ma Motion to Dismiss, Tesla will file a motion for judgment on the pleadings;

WHEREAS, as the Parties discussed with the Court at the August 10, 2021 further case management conference, if Tesla believes it is necessary to file a motion for judgment on the pleadings on Williams' or Diteman's claims, it will do so as expeditiously as possible after meeting and conferring with Plaintiffs;

WHEREAS, nothing in this stipulation shall prevent the parties from pursuing their appellate rights, if any, to challenge the Court's ruling on Tesla's motion to compel arbitration;

THEREFORE, the Parties respectfully request the Court to order that: Plaintiff Williams' and Diteman's claims are stayed until after the Court issues its order on the Forthcoming Ma Motion to Dismiss.

IT IS SO STIPULATED.

Dated:  April 19, 2022

Respectfully submitted
McCUNE WRIGHT AREVALO, LLP

By: _/s/ David C. Wright_
    Mark I. Richards
    Steven A. Haskins
    David C. Wright

Attorneys for Plaintiffs
ZACHERY WILLIAMS and MICHAEL MA

Dated:  April 19, 2022

SHOOK HARDY & BACON L.L.P.

By: _/s/ Amir Nassihi_
    Amir Nassihi
    Michael L. Mallow
    Rachel A. Straus
    Nalani Crisologo

Attorneys for Defendant
TESLA, INC.

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: _/s/ Amir Nassihi_
    Amir Nassihi

**ORDER**

Having considered the parties' stipulation, and good cause showing, the Court hereby orders the following: Plaintiff Williams' and Diteman's claims are stayed until after the Court issues its order on Tesla's forthcoming Motion to Dismiss Plaintiff Ma's claims.

IT IS SO ORDERED.

Dated: 4/20/2022

_____
HONORABLE HAYWOOD S. GILLIAM JR.
U.S. DISTRICT JUDGE



DENIED
Judge Haywood S. Gilliam Jr.