Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067-3204
Tel: (424) 285-8330 | Fax: (424) 204-9093

Amir Nassihi (SBN 235936)
anassihi@shb.com
Nalani Crisologo (SBN 313402)
ncrisologo@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
TESLA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZACHERY WILLIAMS and MICHAEL MA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>TESLA, INC. and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 4:20-cv-08208-HSG<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF MICHAEL MA'S CLAIMS ALLEGED IN THE THIRD AMENDED COMPLAINT**<br><br>Date: September 1, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2 |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 1, 2022 at 2:00 p.m., before the Honorable Haywood S. Gilliam Jr. in Courtroom 2 of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, CA 94612, Defendant Tesla, Inc., will and hereby does move the Court for an order granting Tesla's Motion to Dismiss Plaintiff Michael Ma's Claims Alleged in the Third Amended Complaint, pursuant to Rule 12(b)(6).

This motion is based on this notice of motion, the accompanying memorandum of points and authorities, all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing on this matter.

Dated: May 2, 2022

SHOOK HARDY & BACON L.L.P.

By:   */s/ Michael L. Mallow*
  Amir Nassihi
  Michael L. Mallow
  Rachel A. Straus
  Nalani Crisologo

Attorneys for Defendant
TESLA, INC.