Richard D. McCune (SBN 132124)
rdm@mccunewright.com
David C. Wright (SBN 177468)
dcw@mccunewright.com
Steven A. Haskins (SBN 238865)
sah@mccunewright.com
Mark I. Richards (SBN 321252)
mir@mccunewright.com
**MCCUNE LAW GROUP, APC**
3281 Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZACHERY WILLIAMS, MICHAEL MA, and JOHN DITEMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-08208-HSG<br><br>**PLAINTIFF JOHN DITEMAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i); L.R. 77-2(c)** |

COMES NOW, Plaintiff, JOHN DITEMAN, acting through counsel, in consideration of and in connection with the facts as stated in Plaintiffs' Case Management Statement filed in the above-referenced action on February 2, 2023 (Dkt. 75), hereby voluntarily dismisses his claims as follows:

1. as to the individual claims and causes of action of Plaintiff John Diteman, Dismissal *Without Prejudice* of the entire action; and

2. as to the class claims and causes of action, Dismissal *Without Prejudice* of the entire action;

1

Pl. John Diteman's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. 41(a)(1)(A)(i); L.R. 77-2(c)
Case No.: 4:20-cv-08208-HSG

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 77-2(c), dismissal is appropriate without court order for the following reasons:

1. Defendant TESLA, INC. has not filed or served an answer or a motion for summary judgment in this action; and

2. a class has not been certified nor is a class being proposed for certification for purposes of settlement.

Accordingly, dismissal is appropriate without a court order.

Dated:  February 6, 2023                    McCune Law Group, APC

By:  /s/ *David C. Wright*
David C. Wright, CA Bar No. 177468
dcw@mccunewright.com
Richard D. McCune, CA Bar No. 132124
rdm@mccunewright.com
McCUNE LAW GROUP, APC
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiff,
John Diteman*

2

Pl. John Diteman's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. 41(a)(1)(A)(i); L.R. 77-2(c)
Case No.: 4:20-cv-08208-HSG

# CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be filed on February 6, 2023, with the Clerk of the Court for the United States District Court for the Northern District of California using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter.

                                                                           */s/ David C. Wright*
                                                                           David C. Wright

3

Pl. John Diteman's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. 41(a)(1)(A)(i); L.R. 77-2(c)
Case No.: 4:20-cv-08208-HSG