1  Richard D. McCune (SBN 132124)
   rdm@mccunewright.com
2  David C. Wright (SBN 177468)
   dcw@mccunewright.com
3  Steven A. Haskins (SBN 238865)
   sah@mccunewright.com
4  Mark I. Richards (SBN 321252)
   mir@mccunewright.com
5  **MCCUNE LAW GROUP, APC**
   3281 Guasti Road, Suite 100
6  Ontario, California 91761
   Telephone: (909) 557-1250
7  Facsimile: (909) 557-1275

8  *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ZACHERY WILLIAMS, MICHAEL MA, and JOHN DITEMAN, on behalf of themselves and all others similarly situated, | Case No.: 4:20-cv-08208-HSG |
|---|---|
| Plaintiffs, | **PLAINTIFF ZACHERY WILLIAMS'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i); L.R. 77-2(c)** |
| v. | |
| TESLA, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff, ZACHERY WILLIAMS, acting through counsel, in consideration of and in connection with the facts as stated in Plaintiffs' Case Management Statement filed in the above-referenced action on February 2, 2023 (Dkt. 75), hereby voluntarily dismisses his claims as follows:

1. as to the individual claims and causes of action of Plaintiff Zachery Williams, Dismissal *Without Prejudice* of the entire action; and

2. as to the class claims and causes of action, Dismissal *Without Prejudice* of the entire action;

1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 77-2(c), dismissal is appropriate without court order for the following reasons:

1. Defendant TESLA, INC. has not filed or served an answer or a motion for summary judgment in this action; and
2. a class has not been certified nor is a class being proposed for certification for purposes of settlement.

Accordingly, dismissal is appropriate without a court order.

Dated:  February 6, 2023            MCCUNE LAW GROUP, APC

By:  /s/ *David C. Wright*
David C. Wright, CA Bar No. 177468
dcw@mccunewright.com
Richard D. McCune, CA Bar No. 132124
rdm@mccunewright.com
McCUNE LAW GROUP, APC
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiff,
Zachery Williams*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be filed on February 6, 2023, with the Clerk of the Court for the United States District Court for the Northern District of California using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter.

/s/ David C. Wright
David C. Wright

3

Pl. Zachery Williams's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. 41(a)(1)(A)(i); L.R. 77-2(c)
Case No.: 4:20-cv-08208-HSG