UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHERY WILLIAMS, et al.,

          Plaintiffs,

      v.

TESLA, INC.,

          Defendant.

Case No.  20-cv-08208-HSG

**JUDGMENT**

     Judgment is hereby entered consistent with the Court's Text Order (docket no. 78),

     This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

     Dated at Oakland, California, this 8th day of February, 2023.

Mark B. Busby
Clerk of Court

By: _____

Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.